**[ORAL ARGUMENT NOT YET SCHEDULED]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SPANSKI ENTERPRISES, INC.,<br><br>　　　　Plaintiff-Appellee,<br><br>　　v.<br><br>TELEWIZJA POLSKA, S.A.,<br><br>　　　　Defendant-Appellant. | No. 17-7051 |

**NOTICE OF INTENTION TO FILE AMICUS BRIEF**

Pursuant to Rule 29(a) of the Federal Rules of Appellate Procedure, the United States advises the Court that it intends to file a brief as amicus curiae in support of Plaintiff-Appellee.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　MARK R. FREEMAN
　　　　　　　　　　　　　　　　　*/s/ Megan Barbero*
　　　　　　　　　　　　　　　　　MEGAN BARBERO
　　　　　　　　　　　　　　　　　　*Attorneys, Appellate Staff*
　　　　　　　　　　　　　　　　　　*Civil Division, Room 7226*
　　　　　　　　　　　　　　　　　　*U.S. Department of Justice*
　　　　　　　　　　　　　　　　　　*950 Pennsylvania Avenue NW*
　　　　　　　　　　　　　　　　　　*Washington, DC 20530*
　　　　　　　　　　　　　　　　　　*(202) 532-4631*

October 4, 2017

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2017, I electronically filed the foregoing notice with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Megan Barbero*
MEGAN BARBERO